NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SPECTROS CORP.,**
*Plaintiff-Appellant,*

v.

**THERMO FISHER SCIENTIFIC, INC. (DOING BUSINESS AS NANO DROP),**
*Defendant-Appellee.*

---

2012-1530

---

Appeal from the United States District Court for the Northern District of California in case no. 09-CV-1996, Judge Saundra Brown Armstrong.

---

ON MOTION

---

ORDER

Upon consideration of Spectros Corp.'s unopposed motion to voluntarily dismiss the appeal from case no. 09-CV-1996 (N.D. Cal.),

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

FOR THE COURT

SEP 1 3 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Edward W. Goldstein, Esq.
    Kenneth E. Keller, Esq.

s26

Issued As A Mandate: _____ SEP 1 3 2012 _____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 3 2012

JAN HORBALY
CLERK